# Intended Notice Recipients – Method of Notice

District/Off: 0209–2    User: tacy    Date Created: 6/5/2007
Case: 2–06–02076–JCN    Form ID: pdfattch    Total: 5

**CM/ECF Notice of Electronic Filing Recipients:** *(Refer to Notice of Electronic Filing[NEF] for notice transmission details.)*
aty    Anthony J. Adams, Jr.    ajadams@gatesandadams.com, sascrivens@gatesandadams.com
aty    Devin L. Palmer    dpalmer@boylanbrown.com, dpalmer@boylanbrown.com

TOTAL: 2

**Notice Recipients submitted to the BNC:** *(Refer to BNC Certificate of Service for notice transmission details.)*
dft    Mark G Burgholzer    3223 Big Ridge Road    Spencerport, NY 14559
    Peter Scribner, Esq.    Chapter 7 Trustee    1110 Park Avenue    Rochester, NY 14610
    Kathleen D. Schmitt, Esq.    Office of the U.S. Trustee    100 State Street    Room 609    Rochester, NY 14614

TOTAL: 3